# IN THE SUPREME COURT OF THE STATE OF NEVADA

CALEB EMERSON GAULT,
Appellant,

vs.

HAROLD WICKHAM, WARDEN,
WARM SPRINGS CORRECTIONAL
CENTER (WSCC),
Respondent.

No. 70688

**FILED**

MAR 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court denying appellant Caleb Gault's May 12, 2016, postconviction petition for a writ of habeas corpus (credits). First Judicial District Court, Carson City; James Todd Russell, Judge.

Gault challenged the computation of time served as it applied to his parole eligibility. In response to an order of this court, the attorney general advises that Gault received a parole hearing in December 2016 and that he has no additional sentences left to serve. Because the parole hearing was the only relief available to Gault and no statutory authority or case law permits a retroactive grant of parole, *see Niergarth v. Warden*, 105 Nev. 26, 29, 768 P.2d 882, 884 (1989), Gault's claim is moot. *See Johnson v. Dir., Nev. Dep't. of Prisons*, 105 Nev. 314, 316, 774 P.2d 1047, 1049 (1989). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

17-08760

cc: Hon. James Todd Russell, District Judge
Caleb Emerson Gault
Attorney General/Carson City
Carson City Clerk